THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID CLUTE, Appellant, v. DANIEL J. MCMANN, as Warden of Clinton Prison, Respondent.— MEMORANDUM BY THE COURT.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.